Michael J. Carras, SBN244331
Conforti & Carras, APC
151 N. Kraemer Blvd., Suite 204
Placentia, CA92870
T:(714)577-1071
F:(714)577-0711
mike@cocalaw.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Jose Amador Jacobo

Plaintiff(s)

v.

Slauson Avenue Burgers, Inc. d/b/a Tam's
Burger #27; and Does 1 through 10, inclusive

Defendant(s).

CASE NUMBER

2:16-cv-08257-AB (RAOx)

## ADA DISABILITY ACCESS LITIGATION
## APPLICATION FOR STAY
## AND EARLY MEDIATION

1.  Party (name): Slauson Avenue Burgers, Inc. d/b/a Tam's Burger #27 requests a stay of proceedings and early
    mediation through the Court's ADR Program.

2.  The complaint in this case alleges a claim under Title III of the Americans with Disabilities Act ("ADA"),
    42 U.S.C. §§ 12181-12189.

3.  The party filing the Application for Stay and Early Mediation requests that the Court:
    a. Stay these proceedings;
    b. Schedule an early mediation through the Court's ADR Program;
    c. Order plaintiff to file with the Court and serve on defendant(s) at least 45 days before the date set for the
       early mediation a statement that includes all of the following:
       1. An itemized list of specific conditions on the subject premises that are the basis of the claimed
          violations of the ADA;
       2. The amount of damages;
       3. The amount of attorneys' fees and costs incurred to date, if any, that are being claimed; and
       4. Any demand for settlement of the case in its entirety.
    d. If a defendant has remedied any or all of the violation(s) identified by plaintiff, or asserts that no
       violation exists, order that defendant to file with the Court and serve on plaintiff evidence showing the
       correction or absence of violation(s) at least 10 days before the date set for the early mediation.

Date:

January 20, 2017

Michael J. Carras

*Type or Print Name*

/s/ Michael J. Carras

*Signature of Attorney or Party without Attorney*

**Any party opposing the Application for Stay and Early Mediation
shall have seven (7) days from the date of service of this
Application for Stay and Early Mediation to file and serve an Opposition.**

1  Daniel A. Conforti, SBN 180080
   dan@cocalaw.com
2  Michael J. Carras, SBN 244331
   mike@cocalaw.com
3  Bridget C. McGurie, SBN 243128
   bridget@cocalaw.com
4  **CONFORTI & CARRAS, APC**
   151 N. Kraemer Blvd. Suite 204
5  Placentia, California 92870
   Tel:  714-577-1071
6  Attorneys for Defendant
   Slauson Avenue Burgers, Inc. d/b/a Tam's Burger #27

7

8              **UNITED STATES DISTRICT COURT**

9          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11 **Jose Amador Jacobo, an individual,**          Case Number:
                                                    **2:16-CV-08257-AB (RAOx)**
12
                                                    Assigned for all purposes to: District
13                                   Plaintiff,     Judge Andre Birotte and to
                                                    Magistrate Judge Rozella A. Oliver
14 vs.
                                                    **CERTIFICATE OF SERVICE BY
15                                                  MAIL**

16 **Slauson Avenue Burgers, Inc. d/b/a Tam's
   Burger #27; and Does 1 through 10,
17 inclusive,**

18                                   Defendants.

19

20

21

22        I, Nan Doyle, declare as follows:

23        My address is 151 N. Kraemer Blvd., Suite 204, Placentia, CA 92870, which is

24 located in Orange County.

25        On January 21, 2017, I served the documents described as:

                              – 1 –

1.  Defendant's ADA Disability Access Litigation Application For Stay and Early Mediation

2.  Proposed ADA Disability Access Litigation Order For Stay and Early Mediation

On all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in Placentia, CA, addressed to:

Sung T. Kim, Jr., Esq.
ADVANCED DISABILITY ADVOCATES
3010 Wilshire Blvd., Suite 516
Los Angeles, CA 90010
Attorney for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 21, 2017, at Placentia, CA.

_/s/Nan Doyle_____
Nan Doyle